ACCEPTED
04-14-00085-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/11/2015 4:16:00 PM
KEITH HOTTLE
CLERK

# WINSTEAD

Austin | Charlotte | Dallas | Fort Worth | Houston | New Orleans | San Antonio | The Woodlands | Washington, D.C.

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/11/2015 4:16:00 PM
KEITH E. HOTTLE
Clerk

300 Throckmorton Street   817.420.8200 *OFFICE*
Suite 1700   817.420.8201 *FAX*
Fort Worth, TX 76102   winstead.com

direct dial: 817.420.8223
djohnson@winstead.com

*Board Certified, Civil Appellate Law,*
*Civil Trial Law, and Personal Injury Trial Law*
*Texas Board of Legal Specialization*

March 11, 2015

***VIA ELECTRONIC FILING***
Mr. Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:   No. 04-14-00085-CV; *Elizabeth Weyel v. James Hopson and American Bank of Texas, N.A. f/k/a State Bank & Trust of Seguin, Texas*

Dear Mr. Hottle:

The Appellant has filed a motion for rehearing and motion for en banc rehearing. Please be advised that Appellee American Bank of Texas, N.A. waives its right to file a response to the motions at this time. Pursuant to Texas Rule of Civil Procedure 49.2, Appellee American Bank of Texas, N.A. requests that this Court request a response from Appellee in the unlikely event that it decides to grant the Motion for Rehearing or Motion for En Banc Rehearing.

If you have any questions, please do not hesitate to contact me.

Sincerely,

WINSTEAD PC

/s/ David F. Johnson
David F. Johnson
dfjohnson@winstead.com

Mr. Keith E. Hottle, Clerk
Fourth Court of Appeals
March 11, 2015
Page 2


cc:    Jaay D. Neal (via electronic filing)
       Ralph D. McBride (via electronic filing)